UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-v-  21-CR-635 (LJL)

CHE LAMONT RANSOM,  ORDER

Defendant.

------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

    The Court is in receipt of a letter from the defendant pro se which was directed to counsel. The letter appears to contain information that the defendant intended to convey to counsel in the course of representation. The Court has provided it to defense counsel for his position as to whether it may be posted on the public docket.

    SO ORDERED.

Dated: January 21, 2022
       New York, New York

                                                   LEWIS J. LIMAN
                                         United States District Judge